# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                                    Case No.: 1:08−cr−00179
                                                     Honorable Charles R. Norgle Sr.

Olanrewaju J Okulaja, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 22, 2010:

      MINUTE entry before the Honorable Charles R. Norgle, Sr. in regard to defendant, Mhde Askar: Arraignment on the superseding indictment is continued to 4/8/2010 at 10:00 a.m. Mailed notice (ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.