UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 179 |
| vs. | ) | Judge Charles R. Norgle, Sr. |
| | ) | |
| MHDE ASKAR | ) | |

## AGREED ORDER EXCLUDING TIME

The government and defendant Mhde Askar have agreed that the time from June 10, 2011 (*nunc pro tunc*) through and including April 30, 2012, shall be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) in the interests of justice. The Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial in order for Askar to consider a proposed plea agreement in this case.

SO ORDERED:

CHARLES R. NORGLE, SR., Judge
United States District Court

DATED: 11-3-11